**Era L. CARTER, as Executor and Personal Representative of the Estate of Floyd C. Carter, Jr., Deceased, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

**No. 14–2158.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 29, 2015.

Decided: May 11, 2015.

Robert T. Hall, Samantha Karyn Sledd, Hall & Sethi, PLC, Reston, Virginia, for Appellant. Dana J. Boente, United States Attorney, Kent P. Porter, Virginia Van-Valkenburg, Assistant United States Attorneys, Norfolk, Virginia, for Appellee.

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Era L. Carter appeals the district court's order entering judgment in favor of Appellee on Carter's claim for negligence under the Federal Tort Claims Act, 28 U.S.C. §§ 2671–2680 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-

---

* On appeal, Best does not challenge the reason-   ableness of the award.

sons stated by the district court. *See Carter v. United States*, No. 4:13–cv–112 (E.D.Va. Aug. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*